**James K. Ward, Esq. (SBN 117639)**
**Daniel P. Jay, Esq. (SBN 215860)**
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
SUTTER COUNTY SUPERINTENDENT OF SCHOOLS
and BILL CORNELIUS
**PUBLIC ENTITY-FILING FEE WAIVED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE ARMSTRONG, ) | Case No.  2:13cv02624 JAM DAD |
| ) | |
| Plaintiff, ) | **ORDER AFTER HEARING ON** |
| ) | **DEFENDANTS' MOTION TO DISMISS** |
| vs. ) | |
| ) | **Date: August 20, 2014** |
| SUTTER COUNTY SUPERINTENDENT ) | **Time: 9:30 a.m.** |
| OF SCHOOLS, A California public entity, ) | **Courtroom: 6** |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |

SUTTER COUNTY SUPERINTENDENT OF SCHOOLS' and BILL CORNELIUS'S Motion to Dismiss (FRCP Rule 12(b)(6)) the third cause of action in the Second Amended Complaint was scheduled for hearing on August 20, 2014 at 9:30 a.m. before the Honorable John A. Mendez.  The Defendants appeared by counsel, Daniel Jay, of the law firm of Evans, Wieckowski & Ward, LLP.  The Plaintiff appeared by counsel, Kellen Crowe, of The Velez Law Firm.  Having considered the moving and opposition papers and the arguments of counsel, the Court rules as follows:

ORDER - 1

IT IS ORDERED that SUTTER COUNTY SUPERINTENDENT OF SCHOOLS' Motion to Dismiss the third cause of action under 42 U.S.C. § 1983 is granted with prejudice based on 11th Amendment immunity grounds.

IT IS FURTHER ORDERED that BILL CORNELIUS'S Motion to Dismiss the third cause of action under 42 U.S.C. § 1983 is granted without prejudice based on 11th Amendment immunity grounds.  Plaintiff is granted 20 days leave to amend the third cause of action with respect to BILL CORNELIUS.  Thereafter, Defendants shall have 20 days in which to file a responsive pleading to the third amended complaint.

IT IS SO ORDERED.

Dated: 8/25/2014 /s/ John A. Mendez_____
JOHN A. MENDEZ, United States District Court Judge

APPROVED AS TO FORM:

Dated: August 22, 2014 THE VELEZ LAW FIRM

/s/_____
MARK VELEZ
KELLEN CROWE
Attorneys for Plaintiff ANNETTE ARMSTRONG