James K. Ward, Esq. (SBN 117639)
Daniel P. Jay, Esq. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendants
SUTTER COUNTY SUPERINTENDENT OF SCHOOLS
and BILL CORNELIUS
**PUBLIC ENTITY-FILING FEE WAIVED**

FILED
FEB 28 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE ARMSTRONG, | Case No. 2:13-cv-02624-JAM-DB |
| Plaintiff, | ORDER ON EX PARTE APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER |
| vs. | |
| SUTTER COUNTY SUPERINTENDENT OF SCHOOLS, A California public entity, | |
| Defendants, | Before the Honorable John A. Mendez |

Having considered Defendant's Ex Parte Application for an Order Modifying the Scheduling Order and supporting documents, and good cause therefore, IT IS HEREBY ORDERED:

1. That the expert witness disclosure date is changed to April 3, 2017.

2. That the supplemental / rebuttal expert disclosure date is changed to April 17, 2017.

Dated: February 28, 2017

THE HONORABLE JUDGE JOHN A. MENDEZ