UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNETTE ARMSTRONG, | No. 2:13-CV-2624 JAM-DB |
|---|---|
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| SUTTER COUNTY SUPERINTENDENT OF SCHOOLS, et al., | |
| Defendants. | |

Upon further examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the pretrial conference and trial dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

///

1

1          IT IS FURTHER ORDERED that the Clerk of the Court reassign
2     this case to another judge for all further proceedings and that
3     the Clerk of the Court make appropriate adjustment in the
4     assignment of civil cases to compensate for this reassignment.
5          IT IS SO ORDERED.
6     DATED:   February 28, 2017

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2